# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| David Meyers, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:23-cv-00166-DCC-KFM |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Serap | ) | |
| FNU Bevins | ) | |
| FNU Shields | ) | |
| Associate Warden of Foothills | ) | |
| Correctional Institute | ) | |
| FNU Taylor | ) | |
| Chief Warden of Foothills | ) | |
| Correctional Institute | ) | |
| FNU Dunley | ) | |
| Foothills Correctional Institute | ) | |
| Warden of Custody and Programs, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 29, 2024 Order.

April 29, 2024

_____

Katherine Hord Simon, Clerk
United States District Court